```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
MIN XIU LIN,                            :
                                        :
                        Plaintiff,      :     25cv3941(DLC)
            -v-                         :
                                        :         ORDER
BANK OF AMERICA, N.A.,                  :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On **July 7, 2025** defendant filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **July 28, 2025.** It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by **July 28, 2025.** Defendants' reply, if any, shall be filed by **August 11, 2025.** At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

2

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for July 10, 2025 is adjourned <u>sine</u> <u>die</u>.

Dated:   New York, New York
         July 7, 2025

>                      _____
>                              DENISE COTE
>                      United States District Judge