```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
MIN XIU LIN,                             :
                                         :
                       Plaintiff,        :       25cv3941(DLC)
           -v-                           :
                                         :             ORDER
BANK OF AMERICA, N.A.,                   :
                                         :
                       Defendant.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On July 7, 2025, the defendant filed a motion to dismiss the plaintiff's original complaint in this action pursuant to Rule 12(b)(6), Fed. R. Civ. P.  An Order of July 7 directed the plaintiff to file any amended complaint by July 28, and alerted the plaintiff that he would likely not have another opportunity to amend.  An Order of July 25 extended the deadline to file any amended complaint to August 11.  The plaintiff filed an amended complaint on August 11.  Accordingly, it is hereby

ORDERED that the defendant's July 7, 2025 motion is dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by **August 25, 2025**
- Opposition served by **September 8, 2025**
- Reply served by **September 15, 2025**

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by

mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         August 11, 2025

>                    _____
>                           DENISE COTE
>                    United States District Judge