**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MIN ZIU LIN

                                Plaintiff,

          -against-                                                    25 **CIVIL** 3941 (DLC)

                                                                       **JUDGMENT**

BANK OF AMERICA, N.A.,

                                Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated December 17, 2025, Defendant's motion to

dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York

        December 19, 2025

                                                **TAMMI M. HELLWIG**
                                        _____
                                                **Clerk of Court**

                                BY:        _Nesam Dulol_
                                        _____
                                                **Deputy Clerk**